FILED
October 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003814897

LISA A. HOLDER, CSB NO. 217752
KLEIN, DENATALE, GOLDNER,
  COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Avenue, Second Floor
Bakersfield, California 93309
Telephone: (661) 395-1000
Fax: (661) 326-0418
E-mail: lholder@kleinlaw.com

Attorneys for Randell Parker, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LANGLEY-PACIFIC RESOURCES, LLC,<br><br>    Debtor. | Case No. 11-17271-A-7<br><br>Chapter 7<br><br>DC No. KDG-3<br><br>Date:     October 26, 2011<br>Time:    1:30 pm<br>Place:   U.S. Bankruptcy Court<br>            1300 18th Street<br>            Bakersfield, California<br>Judge:   Whitney Rimel |

## MOTION FOR ORDER AUTHORIZING TRUSTEE
## TO SELL PERSONAL PROPERTY TO THIRD PARTY

The *Motion for Order Authorizing Trustee to Sell Personal Property* ("Motion") filed by Randell Parker, Chapter 7 Trustee represents as follows:

1.    Langley-Pacific Resources, LLC ("Debtor") filed a Voluntary Petition Under Chapter 7 on June 24, 2011. Randell Parker is the duly qualified, appointed and acting trustee in the case filed by Debtor.

2.    The Court has jurisdiction over this Motion under 28 U.S.C. section 1334 and 11 U.S.C. section 363. This is a core mater under 28 U.S.C. section 157(b)(2)(A) & (N).

3.    The assets of this estate include, but are not limited to, a 1999 International 4700 Service Truck ("the Personal Property") as indicated on *Schedule B – Personal Property* filed by Debtor on July 7, 2011. According to Debtor's schedules, the Personal Property is owned free and clear of liens. However, Debtor's representative indicates that $13,000.00 is owed to the Department of Motor Vehicles. A copy of Debtor's *Schedule B-Personal Property* and

35J6860.DOC                 1

*Schedule D – Creditors Holding Secured Claims* are included in the *Exhibits to Motion for Order Authorizing Trustee to Sell Personal Property to Third Party* on file herein ("the Exhibits").

4. The Trustee received an offer of $12,000.00 from Advanced Bio-Mineral Technologies, LLC ("Buyer") to purchase the Personal Property ("the Purchase Price"). Debtor had scheduled the Personal Property with a value of $30,500.00 in its Schedule B. However, the Personal Property is subject to DMV fees of approximately $13,000.00. After taking into consideration the DMV fees and costs of sale at an auction, the Trustee believes the offer from Buyer represents the full and fair market value of the Personal Property.

5. The Purchase Price will be paid after the Court's approval of this Motion unless there is a higher and better bid. Buyer has provided the Trustee with a $1,200.00 deposit pending the approval of this Motion.

6. As noted above, the Trustee believes that the Purchase Price represents the full and fair market value of the Personal Property. The offer received from Buyer is the only offer that has been received by the Trustee for the Personal Property. The Trustee has instituted a bid process whereby over bidders may be, but need not be present in court to bid. This is because other parties inquiring about the Personal Property may be from out of town or out of state. The bid process is more particularly described in the Notice of Hearing regarding this motion. This process is designed to obtain the highest bid possible by not requiring bidders to travel to the hearing.

7. 11 USC § 363(b)(1) provides that:

> The trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of its business, property of the estate . . .

The Trustee has opted to sell the estate's interest in the Personal Property to Buyer in order to avoid the costs of liquidating it at auction.

8. The Trustee believes that the sale of the Personal Property is in the best interest of the estate because the sale will generate approximately $12,000.00 that can be distributed to creditors and will reduce any additional administrative costs to the estate. Furthermore, the sale

of the Personal Property allows the Trustee to move forward with the administration of Debtor's case.

WHEREFORE the Trustee prays for an order providing that:

1. the Motion for Order Authorizing Trustee to Sell Personal Property to Third Party be granted;

2. he be authorized to sell the estate's interest in the Personal Property to Advanced Bio-Mineral Technologies, LLC for $12,000.000, subject only the to receipt of a higher or better bid at the hearing on confirmation of said sale;

3. the 14 day stay of order imposed by Rule 6004(h) Federal Rules of Bankruptcy Procedure be waived and not applicable to the order; and

4. for such other relief as the court deems just and proper.

Dated: October 5, 2011

KLEIN, DeNATALE, GOLDNER,
COOPER, ROSENLIEB, & KIMBALL, LLP

By _____
LISA HOLDER
Attorneys for Trustee